RECEIVED

MAR 16 2016

U.S.D.C.
WP.

March 15, 2016

Pro Se Clerk
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY I0601-4150
Via USPS

Re: *Doe v. Doe*
Docket Number: 16 cv 00332

Dear Judge Roman:

I am the Defendant in the above matter, appearing pro se, writing in response to
a letter filed with the Court by date of March 9, 2016 by Mr. Sash on behalf of
Plaintiff.

Preliminarily, a few corrections to Mr. Sash's letter:  Defendant's Answer,
Defenses and Counterclaims were filed, in person, with the Pro Se clerk.  Mr. Sash
was served by USPS Express Mail, not electronically.  Mr. Sash has emailed me but
we have communicated only in writing.

Mr. Sash's letter is directed to the issue of Plaintiff's motion to the Court to
proceed by use of pseudonyms to identify the parties.

Defendant is not opposed to the motion insomuch as it applies to both parties.

Defendant notes however that he has never identified Plaintiff and Plaintiff is
neither identified nor identifiable in the 'video' in question.  Indeed, it was
Plaintiff who caused defendant to be identified to the media and created, by her
actions, the media attention which surrounded this matter.

Defendant notes, further, that Mr. Sash claims a 'Statement of Facts' which is a
repeat of his allegations in the Complaint; allegations denied in material part in

Defendant's Answer and in contention in this case.  Defendant's responses to those allegations are detailed in the Answer and are not repeated here.

Thank you for your consideration.


Respectfully,

John Doe, Defendant


Cc:    Alan E. Sash
       McLaughlin & Stern
       260 Madison Ave.
       NY,NY 10016
Via USPS

Declaration of Service

Carlo Dellaverson declares under penalty of perjury:
I mailed the attached letter to Alan E. Sash, Attorney for the Plaintiff, at his
business address on March 15, 2016 by US Mail, Priority.

Carlo Dellaverson

Westchester, New York
March 15, 2016



Pro Se Clerk
Brieant Federal Courthouse
300 Quarropas Street
White Plains, NY
10601-4150

DelaverZon
90 Hillside Ave
Hastings on Hudson, NY
10706



Expected Delivery Day: 03/16/16

**USPS TRACKING NUMBER**

9505 5111 5170 6075 3981 54

PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

imum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

UNITED STATES POSTAL SERVICE®

1006

10601

00115170-12

U.S. POSTAGE
PAID
ARDSLEY,NY
10502
MAR 15, 16
AMOUNT
$6.45