May 17, 2016
Pro Se Clerk
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
Via USPS

Re: *Doe v. Doe*
Docket Number: 16 cv 00332

Dear Judge Roman:

I am the Defendant in the above matter, appearing pro se, writing in response to a letter filed with the Court by date of May 10, 2016 by Mr. Sash on behalf of Plaintiff.

On today's date I responded to Mr. Sash by letter, a copy of which is enclosed.

I request that the Court defer scheduling an initial conference until the parties have complied with the initial disclosures, completed their Conference of the Parties and submitted to the Court a written report outlining their discovery plan.

Thank you for your consideration.

Respectfully,

*John Doe*
John Doe, Defendant

RECEIVED
MAY 19 2016
U.S.D.C.
WP

Cc:   Alan E. Sash
      McLaughlin & Stern
      260 Madison Ave.
      NY, NY 10016 (via USPS)

May 17, 2016
Alan E. Sash
McLaughlin & Stern
260 Madison Ave.
New York, NY 10016

Re: *Doe v. Doe*
Docket Number: 16 cv 00332

Dear Mr. Sash,
I am in receipt of your letter to the Court dated May 10, 2016 requesting an initial conference.
I have reviewed the Court's pro se rules as well as the rules applicable to Judge Roman's cases. I have also reviewed the provisions of Fed. R. Civ. P 26. It seems to me that we would all be best served if we complied with as many of those Rules as practical.
To that end, I suggest the following:
    i.    The Court allow the parties to confer consistent with Rule 26(f) before the initial conference is scheduled.
    ii.    Plaintiff's Counsel supply to Defendant, Plaintiff's medical releases, to the extent such releases are contemplated by Judge Roman's individual rules at 2(C).
    iii.    Plaintiff's Counsel supply to Defendant the required disclosures pursuant to FRCP Rule 26 (a)(1). Defendant will supply Plaintiff's Counsel with his Rule 26 (a)(1) information as well.
    iv.    Plaintiff's Counsel and Defendant notify the Court after the Rule 26 (f) conference within 14 days consistent with Rule 26(f)(2).
Please advise if you are in agreement with the foregoing.
By separate cover, I am advising the pro se clerk in Judge Roman's Court of this correspondence.

Very truly yours,
*John Doe*
John Doe, Defendant

Declaration of Service

Carlo Dellaverson declares under penalty of perjury:
I mailed the attached letter to Alan E. Sash, Attorney for the Plaintiff, at his business address on May 17, 2016 by US Mail, Priority.

Carlo Dellaverson

Westchester, New York
May 17, 2016

Dellaverson
90 Hillside Ave
Hastings-on-Hud
NY 10706



RECEIVED
MAY 19 2016
U.S.D.C.
WP

Pro Se Clerk
Hon. Nelson S. Roman
Bricant Federal Courthouse
300 Quarropas St.
White Plains, NY
10601-4150